UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GERSON CASTILLO,

        Petitioner,

-against-

JAMES T. CONWAY, Supt. Attica,

        Respondent.

------------------------------------------------------------------X

**CIVIL JUDGMENT**

07 Civ. 11243 (KMW)

**SCANNED**

Pursuant to the order issued _____ by the Honorable Kimba M. Wood, Chief Judge, dismissing this action without prejudice, it is,

ORDERED, ADJUDGED AND DECREED: That this action is hereby dismissed without prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                  /s/ Wood
                               KIMBA M. WOOD
                               Chief Judge

Dated:
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.